

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

# O R D E R

By order dated August 14, 2014, appellant's brief was STRICKEN from the record because appellant's brief did not contain citations to the record in the statement of facts and arguments sections of his brief. TEX. R. APP. P. Rule 38.1(g),(i). Appellant was ordered to file an amended brief containing appropriate record citations in the statement of facts and arguments sections of his brief no later than September 15, 2014.

On September 13, 2014, appellant filed a motion requesting a copy of the record. In his motion, appellant acknowledges that he has been informed that he must review the record in this court's offices. *See* 4th Tex. App. (San Antonio) Loc. R. 7.2(b) ("Parties who are representing themselves and are not licensed attorneys may inspect a record only in designated areas of the Court's offices."). Accordingly, appellant's motion is DENIED. Appellant's amended brief containing appropriate citations to the record must be filed no later than October 3, 2014. If appellant does not file a brief containing appropriate record citations by October 3, 2014, this appeal will be dismissed for failure to comply with this court's order. *See* TEX. R. APP. P. 42.3.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

Keith E. Hottle
Clerk of Court